PER CURIAM.
Petitioner timely filed a notice of appeal with the lower tribunal seeking to appeal the judgment and sentence entered in Seminole County case numbers 10-CF-2051-A, 10-CF-253-A, 10-CF-2705-A, 10-CF-2762-A, 10-CF-4055-A, 10-CF-2763-A, 10-CF-1767-A, 10-CF-3342-A and 10-CF-2132-A, but the appeal was never processed and forwarded to this Court for filing. Petitioner is entitled to have his appeal proceed as if timely filed.
*380 A copy of this opinion shall be filed with the trial court, which is directed to process and forward the record on appeal.
PETITION GRANTED.
PALMER, TORPY and JACOBUS, JJ., concur.